**COMMONWEALTH of Pennsylvania,**
**Appellee**

v.

**James Edward HARLEY, Appellant.**

Supreme Court of Pennsylvania.

Argued May 12, 2008.

Decided Dec. 17, 2008.

it was made subject to a reservation of rights against the surety." 23 *Williston on Contracts*, § 61:23 (4th ed.2008). As the Majority notes, the release executed between the School District and Lanmark was limited to the verbatim terms of an *oral* settlement agreement, reached following oral settlement negotiations, which was recorded on the rec-

### ORDER

PER CURIAM.

**AND NOW,** this 17th day of December, 2008, the appeal is dismissed as improvidently granted.